IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICK EARL, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 14-0498-KD-C |
| DIEBOLD, INC., et al., | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 5, 2015 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's motion to remand (doc. 9) is **GRANTED** and this matter is **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** this 25th day of February 2015.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE